✓ # 10114   # 128495

FILED
2010 MAY 14 PM 2: 25
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OH

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO

In re: CORTES CORPORATION
AN OHIO CORP ) Case No. 03-31115

) Chapter 7

Debtor(s). ) Judge: RICHARD L. SPEER

## TRANSMITTAL OF UNCLAIMED FUNDS

John N. Graham, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

    | | |
    |---|---|
    | Sysco Food Services of Detroit, P. O. Box 6700, Detroit, MI 48267-0256 | $ 105.52 |
    | Mark Alderman, c/o DiSalle Real Estate, 1202 Conant St., Maumee, OH 43537 | $3,307.33 |
    | Advanta Business Cards, Legal Recovery, 1020 Laurel Oak Rd. Voorhees, NJ 08043 | $ 713.78 |
    | Norman B. Earley, Jr., 2913 Goddard Rd., Toledo, OH 43606 | $15,264.60 |

2. Your Trustee's check for $19,391.23 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

Date: 5/13/2010

John N. Graham, Trustee

Cc: United States Trustee